893 A.2d 98

M. Diane KOKEN, Insurance Commissioner of the
Commonwealth of Pennsylvania as Statutory
Liquidator of Colonial Assurance Company

v.

COLONIAL ASSURANCE COMPANY.

Appeal of Louis V. Mazzella, Sr.

M. Diane Koken, Insurance Commissioner of the
Commonwealth of Pennsylvania as Statutory
Liquidator of Colonial Assurance Company

v.

Colonial Assurance Company.

Appeal of Louis V. Mazzella, Sr.

Supreme Court of Pennsylvania.

March 22, 2006.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of March, 2006, the order of the Commonwealth Court is AFFIRMED.